UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENISE NEWTON,<br><br>    Plaintiff,<br>v.<br><br>CREDITORS SPECIALTY SERVICE, INC.;<br>and Does 1-10, inclusive,<br><br>    Defendant. | Civil Action No.: _____ |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, DENISE NEWTON who is Plaintiff, makes the following disclosure:

1. The party is not a publicly held corporation or other publicly held entity.

2. The party does not have a parent corporation.

3. There is no 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity.

4. There is no any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. The party is not a trade association.

…

…

…

…

6. The case does not arise out of a bankruptcy proceeding.

Dated: September 19, 2013

                          Respectfully submitted,

By    /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

2