| Attorney or Party without Attorney: | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|
| Telephone No: | | | |
| Attorney for: Plaintiff | | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court for the District of Nevada

Plaintiff: Denise Newton
Defendant: Creditors Specialty Service, Inc.

| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: 2:13-cv-01721-MMD-VCF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; Complaint.

3. a. Party served:       Creditors Specialty Service, Inc.
   b. Person served:     "Jane Doe", would not give name - White, Female, 25 Years Old, Black Hair, 5 Feet 5 Inches, 130 Pounds as person authorized to accept for Registered Agent Neal Evans on behalf of Creditors Specialty Service, Inc.

4. Address where the party was served:   2626 Townsgate Road, Ste. 330
                                          Westlake Village, CA  91361

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Oct. 18, 2013 (2) at: 3:45PM

7. Person Who Served Papers:
   a. Richard Meyer
   b. Legal Express
      911 South First Street
      Las Vegas, NV 89101
   c. 702-877-0200

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

10/21/13
(Date)                (Signature)

8. STATE OF ~~NEVADA~~ CALIFORNIA, COUNTY OF VENTURA
Subscribed and sworn to (or affirmed) before me on this 21st day of October 2013 by Richard Meyer
proved to me on the basis of satisfactory evidence to be the person who appeared before me.



Rosanne F. Macdonald
(Notary Signature)

ROSANNE F. MACDONALD
Commission # 1897336
Notary Public - California
Ventura County
My Comm. Expires Jul 27, 2014

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL                                3699.20570