UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENISE NEWTON,<br><br>　　　　　Plaintiff,<br>v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>　　　　　Defendant. | Case No. 2:13-cv-01721-MMD-VCF<br><br>ORDER |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending dispositive motion (dkt. no. 25) will be issued pending settlement.

DATED THIS 4th day of June 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE