# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

DENISE NEWTON,

                    Plaintiff,

vs.

CREDITORS SPECIALITY SERVICE, INC.,

                  Defendant.

2:13-CV-01721-MMD-VCF

**ORDER**

Before the court is Plaintiff's Motion to Reinstate Plaintiff's Motion for Summary Judgment (ECF No. 33).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Reinstate Plaintiff's Motion for Summary Judgment (ECF No. 33) is scheduled for 11:00 a.m., June 16, 2016, in courtroom 3D.

DATED this 9th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE